UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY J. SPARKS<br><br>Plaintiff(s),<br><br>v.<br><br>JP MORGAN CHASE NA , et al.<br><br><br>Defendant(s). | CASE NO:<br>2:14−cv−00414−MMM−SH<br><br><br>ORDER DISMISSING CIVIL ACTION |

   THE COURT having been advised by counsel that the above−entitled action has been settled;

   IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days**, to re−open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

   **IT IS SO ORDERED.**

Dated: December 9, 2014

*/s/ Margaret M. Morrow*

_____
Margaret M. Morrow
United States District Judge